UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRO PUBLICA, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS<br><br>        Defendant. | No. 1:16-cv-02462-RC |

## PLAINTIFF'S MOTION FOR
## LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Pro Publica, Inc. ("ProPublica") respectfully moves this Court for leave to file a first Amended Complaint. In support of its motion, ProPublica states:

1. On December 16, 2016, ProPublica filed its original Complaint under the Freedom of Information Act ("FOIA") against the United States Department of Veterans Affairs ("VA"). The Complaint seeks the release of records requested in a FOIA request to VA, dated May 31, 2016, that generally concern communications between the VA and its consultant Alvin L. Young, Ph.D. ("Young") on issues related to the use of Agent Orange and other herbicides during the Vietnam War.

2. Among the requested records are communications involving David J. Shulkin, MD, the current Under Secretary for Health at the VA who was just nominated on January 11, 2017 by President Trump to be the next Secretary of Veterans Affairs. That nomination occurred after the original Complaint was filed in this action.

3. The VA has not yet answered or otherwise filed a response to the Complaint.

4. Under Fed. R. Civ. P. 15(a)(2), the court should "freely give leave [to file an amended complaint] when justice so requires."

5. ProPublica seeks leave to file an Amended Complaint to plead, *inter alia*, (i) additional bases for urgency with respect to disclosure of the requested records, including Dr. Shulkin's pending nomination and leadership of the VA, (ii) VA's failure to make a good faith effort to comply with 5 U.S.C. § 552(a)(3)(A) by failing to make the requested records "promptly available," and (iii) VA's use or intended use of an improper temporal limit, i.e. a "cut-off date," for its searches for responsive records.

6. On January 19, 2017, for the first time, ProPublica and its counsel learned in an email from counsel on behalf of the VA that "a large portion of the Department's electronic files – including email communications potentially responsive to Plaintiff's FOIA request between Mr. Young and the VA officials that Plaintiff identified in the request – are currently completely inaccessible." Yet ProPublica's FOIA request had been pending for about eight months.

7. In light of the January 11 nomination of Dr. Shulkin as well as the January 19 disclosure by VA's counsel, ProPublica submits that good cause has been shown for filing an Amended Complaint, just over one month after the original Complaint was filed and before VA has even filed a response.

8. Pursuant to LCvR 7(m), counsel for the parties conducted a meet-and-confer on January 23, 2017 concerning the filing of an Amended Complaint but counsel on behalf of the VA has not yet indicated whether VA consents to the filing.

9. ProPublica's proposed Amended Complaint is filed herewith as Exhibit A.

10. A proposed order also is filed concurrently herewith.

Dated:  January 23, 2017        Respectfully submitted,

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)
    Email:  watkins@adduci.com
ADDUCI, MASTRIANI & SCHAUMBERG LLP

- 3 -

1133 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 407-8647
Facsimile: (202) 466-2006

*Attorneys for Plaintiff Pro Publica, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2017, I caused the foregoing Plaintiff's Motion for Leave to File an Amended Complaint, along with the attached Amended Complaint and exhibits thereto, to be electronically filed with the Clerk of the Court using the CM/ECF system as well as emailed and mailed by first class United States mail, postage prepaid, as follows:

| | |
|---|---|
| Daniel P. Schaefer<br>Assistant U.S. Attorney<br>District of Columbia<br>555 4th St. NW<br>Washington, D.C.  20530<br>(202) 252-2531<br>Daniel.Schaefer@usdoj.gov | *By Email and U.S. Mail* |
| United States Department of Veterans Affairs<br>810 Vermont Avenue NW<br>Washington, DC 20420 | *By U.S. Mail* |
| U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | *By U.S. Mail* |
| U.S. Attorney for the District of Columbia<br>555 4th Street, NW<br>Washington, DC 20530 | *By U.S. Mail* |

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)
    Email:  watkins@adduci.com
ADDUCI, MASTRIANI & SCHAUMBERG LLP
1133 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 407-8647
Facsimile: (202) 466-2006

*Attorneys for Plaintiff Pro Publica, Inc.*