**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PRO PUBLICA, INC.<br><br>             Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br><br>             Defendant. | No. 1:16-cv-02462-RC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint, it is hereby:

ORDERED that Plaintiff's motion is granted.

It is SO ORDERED.

_____
Hon. Rudolph Contreras
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia

Date: _____