UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRO PUBLICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS<br><br>　　　　Defendant. | No. 1:16-cv-02462-RC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for a Preliminary Injunction ("Motion"), Defendant's opposition thereto, and Plaintiff's reply, and for good cause shown, it is hereby:

**ORDERED** that the Motion is granted;

**ORDERED** that the United States Department of Veterans Affairs ("VA"), including all relevant administrations, offices, and/or other components thereof, shall:

1. no later than seven days from the date of this Order, provide partial response "determinations" to Plaintiff with respect to any responsive, non-exempt records to and from VA's David J. Shulkin, MD, with respect to Plaintiff's FOIA request dated May 31, 2016 concerning communications between VA and its consultant Alvin L. Young, Ph.D. on issues related to the effects of Agent Orange and other herbicides used during the Vietnam War ("FOIA Request"), and produce all responsive, non-exempt records related to such partial "determinations" along with a *Vaughn* index of any withholdings no later than ten days from the date of this Order;

- 2 -

2. no later than twenty-one days from the date of this Order, complete all response "determinations" in connection with the FOIA Request and produce all responsive, non-exempt records along with a *Vaughn* index of any withholdings no later than thirty days from the date of this Order;

**ORDERED** that each "determination" shall comply with the standard set forth in *Citizens for Responsibility & Ethics in Wash. ("CREW") v. FEC*, 711 F.3d 180, 188 (D.C. Cir. 2013): "[I]n order to make a 'determination' . . . the agency must at least: (i) gather and review the documents; (ii) determine and communicate the scope of the documents it intends to produce and withhold, and the reasons for withholding any documents; and (iii) inform the requester that it can appeal whatever portion of the 'determination' is adverse"; and

**ORDERED** that VA shall not apply a "cut-off date" for its searches for responsive records any earlier than the date the Complaint was filed in this action, and VA shall indicate any such date(s) to Plaintiff in writing.

It is **SO ORDERED**.

_____
Honorable Rudolph Contreras
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia

Date: _____