# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PRO PUBLICA, INC., :
:
   Plaintiff, : Civil Action No.: 16-2462 (RC)
:
v. :
:
UNITED STATES DEPARTMENT OF :
VETERANS AFFAIRS :
:
   Defendant. :

## ORDER

As stated on the record at the hearing of February 24, 2017,[1] Defendant is hereby **ORDERED** to provide, on or before March 10, 2017:

(1) Either notice that it has completed its search concerning Dr. David J. Shulkin's communications or a detailed explanation of the obstacles to completing the search and the expected time of completion; and

(2) A detailed declaration as described on the record at the hearing of February 24, 2017.

Plaintiff is hereby **ORDERED** to respond on or before March 17, 2017.

It is hereby **FURTHER ORDERED** that the parties shall appear before the Court on March 24, 2017 at 10:00 AM in Courtroom 14.

   **SO ORDERED**.

Dated: February 24, 2017                                 RUDOLPH CONTRERAS
                                                             United States District Judge

---

[1] The hearing of February 24, 2017 also related to Civil Action No. 17-0124. A substantially identical order has been entered in that case as ECF No. 20.