UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRO PUBLICA, INC., *et al.*

    Plaintiffs,

v.

    Civil Action Nos.   1:16-cv-02462-RC
                                   1:17-cv-00124-RC

UNITED STATES DEPARTMENT
VETERANS AFFAIRS (VA)

    Defendant,

## STATUS REPORT

1. As per this Court's Minute Order, dated May 18, 2017, the Department of Veterans Affairs (the "VA") hereby provides a status update on the additional resources that the VA has allocated for FOIA processing in the above-captioned matters.

2. Since John Buck's declaration of May 11, 2017, which the VA previously submitted to this Court, the VA has secured additional resources to assist its personnel in reviewing the Freedom of Information Act (FOIA) requests associated with these cases as follows:

- 4 additional part-time reviewers dedicated to assisting specifically with FOIA tracking numbers 15-05015-F and 15-07640-F, which are being processed by the Office of Congressional and Legislative Affairs;

- 9 additional part-time reviewers to assist any and all VA components in these litigations as necessary; the VA will deploy these additional part-time reviewers to the requests where help is most needed.

3. The VA understands that these cases are a high priority and will continue to evaluate its progress on at least a weekly basis and will allocate its available resources accordingly in order to the complete the processing of the requests in an expedited manner.

May 25, 2017                                    Respectfully submitted,

                                              CHANNING D. PHILLIPS
                                              D.C. Bar 415793
                                              United States Attorney

                                              DANIEL F. VAN HORN
                                              D.C. Bar 924092
                                              Chief, Civil Division

                          By:     _/s/ Daniel P. Schaefer_____
                                              DANIEL P. SCHAEFER
                                              D.C. Bar 996871
                                              Assistant United States Attorney
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 252-2531
                                              Daniel.Schaefer@usdoj.gov