UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRO PUBLICA, INC., et al.,

*Plaintiffs,*

v.

U.S. DEPARTMENT OF VETERANS
AFFAIRS,

*Defendant.*

Civ. A. Nos. 16-2462 & 17-0124 (RC)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss these actions with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 9, 2021

 /s/ Seth A. Watkins

Seth A. Watkins (D.C. Bar # 467470)
    Email:  watkins@wlapllc.com
WATKINS LAW & ADVOCACY, PLLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
Tel: (202) 355-9421
Fax: (202) 355-9424

*Attorney for Plaintiffs Pro Publica, Inc.
and Virginian-Pilot Media Companies, LLC*

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

 /s/ Daniel P. Schaefer

DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*